# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00797-CV

**Darrell J. Harper, Appellant**

**v.**

**Texas Commission on Jail Standards and Anthony Mikesh, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-14-001263, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Darrell J. Harper, an inmate proceeding pro se, has filed a notice of appeal from the district court's order dismissing his suit against appellees Texas Commission on Jail Standards and Anthony Mikesh. On May 11, 2016, this Court notified Harper that his appellant's brief was overdue and that if we did not receive a satisfactory response reasonably explaining Harper's failure to file a brief on or before May 23, 2016, his appeal may be dismissed for want of prosecution. On May 20, 2016, we received what Harper styled a "satisfactory response" to this Court's notice. However, the response contained no explanation of why Harper had failed to file a brief. Moreover, as of this date, no brief has been filed. Accordingly, we dismiss the appeal for want of prosecution.[1]

---

[1] *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   July 14, 2016